## STATE v. BLAKE

No. 692A86.

Case below: 83 N.C. App. 77.

Petition for discretionary review by defendant pursuant to G.S. 7A-31 and App. Rule 16(b) as to additional issues denied 6 January 1987.

## STATE v. BLANKENSHIP

No. 552PA86.

Case below: 82 N.C. App. 285.

Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 6 January 1987.

## STATE v. BURNETTE

No. 678P86.

Case below: 82 N.C. App. 762.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 6 January 1987.

## STATE v. CONNARD

No. 625P86.

Case below: 82 N.C. App. 762.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987. Motion by Attorney General to dismiss appeal for lack of significant public interest allowed 6 January 1987.

## STATE v. COPELAND

No. 588P86.

Case below: 82 N.C. App. 591.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 January 1987.